# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0263. PATRICK LAWRENCE v. THE STATE OF GEORGIA et al.**

The applicant's application for discretionary appeal and the "Motion of Inquiry" contained in the application materials are hereby denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/05/2018*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*